## CASE ANNOUNCEMENTS

*June 17, 2010*

[Cite as *06/17/2010 Case Announcements*, 2010-Ohio-2752.]

## MOTION AND PROCEDURAL RULINGS

**2010–0251.   State v. Lynn.**
Montgomery App. No. 22946, 185 Ohio App.3d 390, 2009-Ohio-6812. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellee's motion for appointment of counsel,

It is ordered by the court that the motion is granted.

It is further ordered by the court that Melissa M. Prendergast of the Ohio Public Defender's Office is appointed to represent appellee.